# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Winsor, Allen C. | Northern District of Florida | 05/16/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States Courthouse
111 N. Adams Street
Tallahassee, FL 3231

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Winsor, Allen C.** | 05/16/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Holy Comforter Episcopal School | Tuition Agreement | None |
| 2. Community Leadership Academy | Tuition Agreement | J |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A | B (1) | B (2) | C (1) | C (2) | D (1) | D (2) | D (3) | D (4) | D (5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | Amount Code 1 (A-H) | Type (e g , div , rent, or int ) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e g , buy, sell, redemption) | Date mm/dd/yy | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 1. | Ally Bank Cash Accounts and CDs | C | Interest | N | T | | | | | |
| 2. | +-38 acres undeveloped land, Henry County AL 50% share. | | None | K | W | | | | | |
| 3. | Florida Prepaid Tuition Agreement | | None | K | T | | | | | |
| 4. | IRA #1 (H) | | | | | | | | | |
| 5. | TDAmeritrade Cash Account | A | Int./Div. | L | T | | | | | |
| 6. | Dollar General Corp (DG) Stock | A | Dividend | L | T | Buy (add'l) | 03/27/20 | J | | |
| 7. | | | | | | Buy (add'l) | 04/02/20 | J | | |
| 8. | | | | | | Buy (add'l) | 04/03/20 | K | | |
| 9. | Lockheed Martin (LMT) Stock | A | Dividend | K | T | | | | | |
| 10. | Northrop Grumman Corp (NOC) Stock | B | Dividend | L | T | Buy (add'l) | 04/03/20 | J | | |
| 11. | American Funds Capital World Growth & Inc Fund F1 (CWGFX) | A | Dividend | K | T | | | | | |
| 12. | American Funds Growth Fund of Am F1 (GFAFX) | B | Dividend | K | T | | | | | |
| 13. | American Funds New World F1 (NWFFX) | A | Dividend | L | T | | | | | |
| 14. | American Funds Sm Cap World F1 (SCWFX) | | None | | | Sold | 04/29/20 | J | B | |
| 15. | Artisan Funds Intl Inv (ARTIX) | B | Dividend | K | T | | | | | |
| 16. | Fidelity Investments Biotechnology Fund (FBIOX) | D | Dividend | L | T | | | | | |
| 17. | Oakmark Funds Eqty & Inc Inv Fund (OAKBX) | | None | | | Sold | 03/31/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Winsor, Allen C. | 05/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Oberweis Funds Intl Opp Investor Fund (OBIOX) | | None | | | Sold | 03/31/20 | K | | |
| 19. Pioneer Invests Strategic Inc Y Fund (STRYX) | A | Dividend | | | Sold | 04/09/20 | L | | |
| 20. T Rowe Price Funds Blue Chip Growth Investor Fund (TRBCX) | A | Dividend | L | T | | | | | |
| 21. Baron Partners FD (BPTRX) | | None | | | Buy | 02/11/20 | K | | |
| 22. | | | | | Sold | 08/10/20 | K | D | |
| 23. SPDR Russell 1000 (ONEV) | A | Dividend | K | T | Buy | 04/17/20 | J | | |
| 24. Vanguard Russell 1000 (VONG) | A | Dividend | K | T | Buy | 01/07/20 | L | | |
| 25. | | | | | Buy (add'l) | 02/25/20 | K | | |
| 26. | | | | | Sold | 03/17/20 | L | | |
| 27. | | | | | Buy | 04/22/20 | K | | |
| 28. Walmart (WMT) | | None | J | T | Buy | 12/14/20 | J | | |
| 29. SPDR Energy (XLE) | B | Dividend | L | T | Buy | 04/23/20 | K | | |
| 30. | | | | | Buy (add'l) | 05/05/20 | K | | |
| 31. | | | | | Buy (add'l) | 05/21/20 | K | | |
| 32. SPDR Tech (XLK) | A | Dividend | K | T | Buy | 03/27/20 | J | | |
| 33. | | | | | Buy (add'l) | 04/21/20 | J | | |
| 34. SPDR Staples (XLP) | A | Dividend | K | T | Buy | 04/09/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Winsor, Allen C. | 05/16/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | | | | | Buy<br>(add'l) | 04/13/20 | J | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. IRA #2 (H) | | | | | | | | | |
| 39. Cigna Corp (CI) Stock | A | Dividend | | | Sold | 10/30/20 | J | B | |
| 40. American Funds Capital Income Builder A Fund (CAIBX) | A | Dividend | K | T | | | | | |
| 41. Cash Account (Etrade) | A | Interest | K | T | | | | | |
| 42. Brokerage #1 (H) | | | | | | | | | |
| 43. TD Ameritrade Cash Account | A | Int./Div. | K | T | | | | | |
| 44. Fidelity Select Defense & Aero Fund (FSDAX) | A | Dividend | | | Sold | 08/10/20 | K | | |
| 45. Prologis Inc (PLD) Stock | A | Dividend | | | Sold | 11/03/20 | K | D | |
| 46. Select Sector Spdr Trust Tech ETF (XLK) | A | Dividend | L | T | | | | | |
| 47. T Rowe Price Funds Blue Chip Growth Investor Fund (TRBCX) | A | Dividend | L | T | | | | | |
| 48. Walmart Inc (WMT) Stock | B | Dividend | L | T | | | | | |
| 49. Profunds Biotechnology Ultrasector Inv Fund (BIPIX) | A | Distribution | K | T | | | | | |
| 50. Everst RE Grp LTD (RE) | A | Dividend | | | Sold | 08/10/20 | K | D | |
| 51. Brokerage #2 (H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Fidelity Growth Co. Fund (FDGRX) | D | Distribution | L | T | | | | | |
| 53. 529 Fund - NH Aggressive Growth Port (Fidelity FDS) | | None | J | T | Buy (add'l) | 10/19/20 | J | | |
| 54. 529 Fund - NH Portfolio 2024 (Fidelity FDS) | | None | J | T | Buy (add'l) | 04/29/20 | J | | |
| 55. Brokerage #3 (H) | | | | | | | | | |
| 56. Lockheed Martin (LMT) - X | A | Dividend | K | T | | | | | |
| 57. Facebook (FB) - X | | None | K | T | | | | | |
| 58. Cash (Merrill Lynch acct) | A | Interest | J | T | Open | 04/14/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Winsor, Allen C. | 05/16/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Allen C. Winsor**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544